FILED
DEC 14 2005

CLERK
U. S. DISTRICT COURT
MIDDLE DIST. OF ALA.

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CR. NO. 1:05cr288-F |
| ) | [49 USC § 46306 (b)(2)] |
| SIDAL TORRES ) | |
| ) | INDICTMENT |

The Grand Jury charges:

## COUNT 1

On or about November 18, 2002, a better date being unknown to the Grand Jury, in Houston County, within the Middle District of Alabama,

SIDAL TORRES,

defendant herein, did knowingly use, attempt to use, and possess with intent to use, a Certificate of Authority to act in the capacity of a Designated Mechanic Examiner for Airframe and Powerplant Ratings, purportedly issued by the FAA, in that the defendant TORRES applied as a sheet metal mechanic and supervisor at Pemco World Air Services, of Dothan, Alabama, and presented a falsified DME certificate, which falsely reflected he held a Designated Mechanic Examiner for Airframe and Powerplant Ratings certificate, in violation of Title 49, United States Code, Section 46306(b)(2).

## COUNT 2

On or about November 18, 2002, a better date being unknown to the Grand Jury, in Houston County, within the Middle District of Alabama,

SIDAL TORRES,

defendant herein, did knowingly use, attempt to use, and possess with intent to use, an Airframe and

Powerplant Certificate (A&P), purportedly issued by the FAA, in that the defendant TORRES applied as a sheet metal mechanic and supervisor at Pemco World Air Services, of Dothan, Alabama, and presented a falsified A&P certificate, which falsely reflected he held a valid Airframe and Powerplant rating with the FAA, in violation of Title 49, United States Code, Section 46306(b)(2).

### COUNT 3

On or about November 18, 2002, a better date being unknown to the Grand Jury, in Houston County, within the Middle District of Alabama,

SIDAL TORRES,

defendant herein, did knowingly use, attempt to use, and possess with intent to use, an Inspection Authorization, purportedly issued by the FAA, in that the defendant TORRES applied as a sheet metal mechanic and supervisor at Pemco World Air Services, of Dothan, Alabama, and presented a falsified Inspection Authorization, in violation of Title 49, United States Code, Section 46306(b)(2).

A TRUE BILL:

_____
Foreperson

_____
LEURA GARRETT CANARY
United States Attorney

_____
K. David Cooke, Jr.
Assistant Untied States Attorney

2