≈AO 442    (Rev. 10/03) Warrant for Arrest

# UNITED STATES DISTRICT COURT

_____MIDDLE_____ District of _____ALABAMA_____

| UNITED STATES OF AMERICA | WARRANT FOR ARREST |
|---|---|
| V. | |
| SIDAL TORRES<br>WACO, TEXAS | Case   1:05CR288-F |

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____SIDAL TORRES_____
                                                                            Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

| X Indictment | ☐ Information | ☐ Complaint | ☐ Order of court | ☐ Probation Violation Petition | ☐ Supervised Release Violation Petition | ☐ Violation Notice |

charging him or her with   (brief description of offense)

**REGISTRATION VIOLATIONS NON-AIR TRANSPORTATION AIRCRAFT**

in violation of Title _____49_____ United States Code, Section(s) _____46306(b)(2)_____

**DEBRA P. HACKETT**                                    _/s/ Kelli Gregg_
Name of Issuing Officer                                    Signature of Issuing Officer

**CLERK OF COURT**                                    **12/15/05 MONTGOMERY, ALABAMA**
Title of Issuing Officer                                    Date and Location

---

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |