IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION


UNITED STATES OF AMERICA )
)
v. ) CR. NO.  1:05cr288-MEF
)
SIDAL TORRES )


## ORDER

Defendant, SIDAL TORRES, has not been arraigned on the pending indictment.

Accordingly, it is

ORDERED that arraignment for this defendant be and is hereby set for 1 June

2006 at 10:00 a.m. in Courtroom 5-A, Frank M. Johnson, Jr. Federal Building and

United States Courthouse, One Church Street, Montgomery, Alabama.

The United States Marshal is DIRECTED to produce for the defendant for the

arraignment.

DONE this 25th day of May 2006.


/s/ Vanzetta Penn McPherson
VANZETTA PENN MCPHERSON
UNITED STATES MAGISTRATE JUDGE