**COURTROOM DEPUTY'S MINUTES**          **DATE: 6/1/06**

**MIDDLE DISTRICT OF ALABAMA**          **DIGITAL RECORDING:**

                                        **COURT REPORTER:**

❏ **INITIAL APPEARANCE**    ❏ **ARRAIGNMENT**        ❏ **CHANGE OF PLEA**

❏ **RULE 44(c) HEARING**    ❏ **SENTENCING**         ❏ **CONSENT PLEA**

---

**PRESIDING MAG. JUDGE:** Vanzetta Penn McPherson          **DEPUTY CLERK:** Wanda A. Robinson

**CASE NUMBER: 1:05cr288-MEF**          **DEFENDANT NAME:** SIDAL TORRES

**AUSA:** Karl David Cooke, Jr.          **DEFENDANT ATTORNEY:** Christine Freeman

          **Type counsel ( )Waived; ( )Retained; ( )CJA; (√ )FPD**

          **(√) appointed at arraignment; ( ) standing in for:_____**

**PTSO/USPO: Ron Thweatt**

**Interpreter present? (√ )NO; ( )YES     Name:**

**DISCOVERY DISCLOSURE DATE:     6/1/06**

---

❏ This is defendant's **FIRST APPEARANCE.**

❏ **FINACIAL AFFIDAVIT EXECUTED in Western District of Texas.** √ *ORAL MOTION FOR APPT*
                                                              *OF COUNSEL*

√ *ORAL ORDER APPOINTING FEDERAL PUBLIC DEFENDER. NTC OF APPR TO BE FILED*

❏ **WAIVER OF INDICTMENT** executed and filed.

❏ **INFORMATION** filed.

❏ Juvenile Information filed w/Certificate that State Court refused jurisdiction.

**PLEA:**     √ **Not Guilty**                         ❏ **Nol Contendere**

          ❏ **Not Guilty by reason of insanity**

          ❏ **Guilty as to:**

               ❏ **Count(s):**

               ❏ **Count(s):**          ❏ **dismissed on oral motion of USA**

                                        ❏ **to be dismissed at sentencing**

❏ _____ Days to file pretrial motions ❏ _____ Trial date or term

❏ **ORAL ORDER ADJUDICATING DEFENDANT GUILTY as to Counts**

√ **ORDER:** Defendant continued under √ same bond; ❏ summons; for:

          √ Trial on  9/11/06; ❏ Sentencing on _____

❏ **ORDER:** Defendant remanded to custody of U. S. Marshal for:

          ❏ Posting a $_____ bond;

          ❏ Trial on _____; or ❏ Sentencing on _____

❏ Rule 44 Hearing: ❏ Waiver of Conflict of Interest Form executed

               ❏ Defendant requests time to secure new counsel

√ WAIVER  of Speedy Trial.  CRIMINAL TERM:  9/11/06