**COURTROOM DEPUTY'S MINUTES**  **DATE:** 7/17/06

**MIDDLE DISTRICT OF ALABAMA**  Digital Recording: 9:15 - 9:17

### PRETRIAL CONFERENCE

**PRESIDING MAG. JUDGE.** Vanzetta Penn McPherson  **DEPUTY CLERK:** Wanda A. Robinson

**CASE NUMBER:** 1:05cr288-MEF  **DEFENDANT(S):** Sidal Torres

| GOVERNMENT | APPEARANCES | DEFENDANT |
|---|---|---|
| David Cooke | * | Christine Freeman |

❒ **DISCOVERY STATUS:**   Complete

❒ **PENDING MOTION STATUS:**   None

❒ **PLEA STATUS:**   Defendant to file a Motion to Continue Trial
Currently set on 9/18/06 Trial Term

❒ **TRIAL STATUS**   2 Days for Trial

❒ **REMARKS:**   Request by Defendant for Pretrial Diversion