**COURTROOM DEPUTY'S MINUTES**            **DATE:** 8/21/06

**MIDDLE DISTRICT OF ALABAMA**            Digital Recording: 9:04 - 9:05

## PRETRIAL CONFERENCE

**PRESIDING MAG. JUDGE.** Vanzetta Penn McPherson    **DEPUTY CLERK:** Wanda A. Robinson

**CASE NUMBER:** 1:05cr288-MEF        **DEFENDANT(S):** Sidal Torres

| GOVERNMENT | APPEARANCES | DEFENDANT |
|---|---|---|
| Terry Moorer<br>Standing in for David Cooke | * <br> * <br> * <br><br> * <br> * | Christine Freeman -<br><br>Not Present (Atty informed Court prior to Proceeding) |

☐ **DISCOVERY STATUS:**        Complete

☐ **PENDING MOTION STATUS:**        None

☐ **PLEA STATUS:**        Trial Likely
                Currently set on 9/18/06 Trial Term

☐ **TRIAL STATUS**        2 Days for Trial

☐ **REMARKS:**