IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| V. | ) | CASE NO: 1:05-CR-288-MEF |
| | ) | |
| SIDAL TORRES | ) | |

### UNOPPOSED MOTION TO SCHEDULE TRIAL DATE IN DECEMBER

**NOW COMES** the Defendant, by and through the undersigned counsel, Christine A. Freeman, and respectfully moves this Court to move this matter for trial from the September 18, 2006 to the December 2006 trial docket.

In support of this Motion, defendant would show:

1. The indictment in this case alleges that Mr. Torres, a sixty-seven year old military veteran and resident of Texas, with no prior criminal charge, misrepresented the status of his legal ability to perform airplane maintenance service at an airplane company in Dothan, Alabama.

2. A Waiver of Right to Speedy Trial will be filed in support of this motion.

3. A continuance of this matter is necessary for effective preparation of an adequate defense, to allow defense counsel to fully research possible trial and/or sentencing issues, and to allow the parties to engage in further negotiation in this case.

4. Counsel for the prosecution has authorized undersigned counsel to state that the prosecution does <u>not</u> oppose this motion.

**WHEREFORE**, defendant respectfully requests that this Motion be granted.

Respectfully submitted,

s/Christine A. Freeman
CHRISTINE A. FREEMAN
TN BAR NO.: 11892

Attorney for Sidal Torres
Federal Defenders
Middle District of Alabama
201 Monroe Street, Suite 407
Montgomery, AL 36104
TEL:   (334) 834-2099
FAX:   (334) 834-0353
E-Mail: Christine_Freeman@fd.org

## CERTIFICATE OF SERVICE

I hereby certify that on August 28, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

David Cook, Esq., Assistant United States Attorney, One Court Square, Montgomery, AL 36104.

s/Christine A. Freeman
**CHRISTINE A. FREEMAN**
**TN BAR NO.: 11892**
Attorney for Sidal Torres
Federal Defenders
Middle District of Alabama
201 Monroe Street, Suite 407
Montgomery, AL 36104
TEL:   (334) 834-2099
FAX:   (334) 834-0353
E-Mail: Christine_Freeman@fd.org

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| V. | ) | CASE NO: 1:05-CR-288-MEF |
| | ) | |
| SIDAL TORRES | ) | |

## WAIVER OF RIGHT TO SPEEDY TRIAL

The undersigned defendant, after first being advised of his right to a speedy trial as guaranteed by the Sixth Amendment of the United States Constitution and the implementation of said right in 18 U.S.C. § 3161, et seq., hereby waives his right to a speedy trial from the September 2006 trial term until the December 2006 trial term.

_07-18-06_
Date

_Sidal Torres_ (signature)
Sidal Torres

_07-18-06_
Date

_Patricia Kemp For Christine A Freeman_ (signature)
Attorney for Sidal Torres