| | |
|---|---|
| **COURTROOM DEPUTY MINUTES** | **DATE :   NOVEMBER 13, 2006** |
| **MIDDLE DISTRICT OF ALABAMA** | **DIGITAL RECORDED:   1:05 p.m. to 1:06 p.m.** |

---

## PRETRIAL CONFERENCE

**PRESIDING MAG. JUDGE: CHARLES S. COODY**     **DEPUTY CLERK: WANDA STINSON**

**CASE NUMBER: 1:05CR288-MEF-VPM**     **DEFENDANT NAME: SIDAL TORRES**

### APPEARANCES

| GOVERNMENT | DEFENDANT |
|---|---|
| ATTY.  KARL DAVID COOKE, JR. | ATTY.  CHRISTINE FREEMAN |

---

√     **DISCOVERY STATUS: Complete.**

√     **PENDING MOTION STATUS:   None.**

√     **PLEA STATUS:   Possible plea.  Will file notice of intent this week;**

√     **TRIAL STATUS: Will take 1 ½ days  try case if goes to trial.**

√     **REMARKS: Will set plea hrg. on 11/20/06 at 2:00 .m.**