IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| V. | ) | CASE NO: 1:05-CR-288-MEF |
| | ) | |
| SIDAL TORRES | ) | |

**NOTICE OF INTENT TO CHANGE PLEA**

**COMES NOW** the Defendant, **SIDAL TORRES,** by and through undersigned counsel, Christine A. Freeman, and notifies the Court, as stated in open court on November 13, 2006, of his intent to change his previously entered plea of not guilty to guilty. The Defendant waives his right to plea in front of a district judge and consents to do so before a magistrate judge.

Dated this 15th day of November 2006.

                            Respectfully submitted;

                            **s/Christine A. Freeman**
                            **CHRISTINE A. FREEMAN**
                            **TN BAR NO.: 11892**
                            Attorney for Sidal Torres
                            Federal Defenders
                            Middle District of Alabama
                            201 Monroe Street, Suite 407
                            Montgomery, AL 36104
                            TEL: (334) 834-2099
                            FAX: (334) 834-0353
                            E-Mail: Christine_Freeman@fd.org

**CERTIFICATE OF SERVICE**

I hereby certify that on November 15, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following: David Cooke, Esquire, Assistant United States Attorney, One Court Square, Suite 201, Montgomery, Alabama 36104.

**s/Christine A. Freeman**
**CHRISTINE A. FREEMAN**
**TN BAR NO.: 11892**
Federal Defenders
Middle District of Alabama
201 Monroe Street, Suite 407
Montgomery, AL 36104
TEL: (334) 834-2099
FAX: (334) 834-0353
E-Mail: Christine_Freeman@fd.org
