COURTROOM DEPUTY MINUTES DATE: NOVEMBER 20, 2006      FTR RECORDING: 2:37 - 2:48
MIDDLE DISTRICT OF ALABAMA                COURT REPORTER: Mitchell Reisner

☐ ARRAIGNMENT         √ CHANGE OF PLEA         ☐ CONSENT PLEA

☐ RULE 44(c) HEARING         ☐ SENTENCING

| | |
|---|---|
| PRESIDING MAG. JUDGE: CHARLES S. COODY | DEPUTY CLERK: WANDA STINSON |
| CASE NUMBER: 1:05CR288-MEF-VPM | DEFENDANT NAME: SIDAL TORRES |
| AUSA: KARL DAVID COOKE, JR. | DEFENDANT ATTY: CHRISTINE FREEMAN |
| | Type Counsel: ( ) Waived; ( ) Retained; ( ) Panel CJA; ( ) CDO |
| USPTS/USPO: | |
| Defendant ___ does  √  does NOT need and interpreter. Name: | |

☐ This is defendant's **FIRST APPEARANCE**. (Docket kia.!!!)

☐ Financial Affidavit executed. **ORAL MOTION** for Appointment of Counsel.

☐ **ORAL ORDER** Appointing  ☐ FPD or ☐ CJA Panel. Notice of Appearance to be filed.

☐ **WAIVER OF INDICTMENT** executed and filed.

☐ **FELONY INFORMATION** filed.

☐ Juvenile Information filed w/Certificate that State Court refuses jurisdiction.

**PLEA:**   ☐ Not Guilty   ☐ Nol Contendere   ☐ Not Guilty by reason of insanity

√ Guilty as to:   √ Count(s) __1__ of the **Indictment.**

☐ Count(s) _____   ☐ dismissed on oral motion of USA;

☐ To be dismissed at sentencing.

√ Consent to enter Guilty Plea before U.S. Magistrate Judge Executed.

☐ No Plea Agreement entered   √ Written plea agreement filed.   ☐ **ORDERED SEALED.**

√ **ORAL ORDER** Adjudicating defendant guilty.

√ **ORDER:** Defendant Continued   √ Same Conditions/Bond imposed by Mag. Judge;

☐ Released on Bond & Conditions of Release for:   ☐ Trial on _____;

☐ Sentencing on _____;   ☐ to be set by Separate Order

☐ **ORDER:** Defendant remanded to custody of U.S. Marshal for:

☐ Trial on _____; or ☐ Sentencing on _____ ☐ Set by separate Order.