IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| V. | ) | CASE NO: 1:05-CR-288-MEF |
| | ) | |
| SIDAL TORRES | ) | |

**NOTICE OF FILING EXHIBITS IN SUPPORT OF SENTENCING POSITION**

The defendant, Sidal Torres, gives notice of the filing of the following exhibits in support of his sentencing position:

**TABLE OF EXHIBITS**

**Exhibit Number    Exhibit Name**

Military History

1. Photograph of Mr. Sidal Torres in 1963 While Enlisted in the United States Marine Corp;

2. Military DD 214 Form Showing Mr. Torres' Honorable Discharge from the United States Marine Corp on May 19, 1957;

3. United States Marine Corp Enlistment Contract showing Mr. Torres' Re-Enlistment on May 20, 1957;

4. Military DD 214 Form Showing Mr. Torres' Honorable Discharge from the United States Marine Corp on May 19, 1963;

Family Photographs

5. Photograph of Mr. Torres and His Wife, Debra, on Their Wedding Day, May 6, 1972

6. Photograph of Mr. Torres' Oldest Son, Sidal Torres, Jr., While Enlisted in the United States Marine Corp

7. Photograph of Mr. Torres' Second Son, Jessse Torres, While Enlisted in the United States Air Force

8. Photograph of Mr. Torres' Youngest Son, Robert James Torres

9. Photograph of Mr. Torres, His Son Jesse, and His Wife, Debra at Jesse Torres' Air Force Bootcamp Graduation

10. Photograph of Jesse Torres with His Wife, Heather, and Two Daughters: Ana Louise and Kacey Lynn in 2004

11. Photograph of Debra Torres with Her Grandchildren. Pictured from left to right: Joshua Torres, Kacey Lynn Torres and Anthony Torres

12. Photograph of Mr. Torres with His Wife, Sons and Grandchildren: Robert Torres, Mr. Sidal Torres, Kacey Lynn Torres, Jesse Torres, Joshua Torres, Debra Torres and Sidal Torres Jr.

Respectfully submitted,

 s/Christine Freeman
**CHRISTINE A. FREEMAN**
TN BAR NO.: 11892
Attorney for Sidal Torres
Federal Defenders
Middle District of Alabama
201 Monroe Street, Suite 407
Montgomery, AL 36104
TEL:   (334) 834-2099
FAX:   (334) 834-0353
E-Mail: Christine_Freeman@fd.org

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>V.                                     )<br>)<br>SIDAL TORRES                  ) | CASE NO: 1:05-CR-288-MEF |

### CERTIFICATE OF SERVICE

I hereby certify that on February 9, 2007, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following:

Christopher A. Snyder, Esquire
Assistant United States Attorney
One Court Square, Suite 201
Montgomery, Alabama 36104

> **Respectfully submitted,**
>
> s/Christine A. Freeman
> **CHRISTINE A. FREEMAN**
> TN BAR NO.: 11892
> Attorney for Sidal Torres
> Federal Defenders
> Middle District of Alabama
> 201 Monroe Street, Suite 407
> Montgomery, AL 36104
> TEL:  (334) 834-2099
> FAX:  (334) 834-0353
> E-Mail: Christine_Freeman@fd.org