# MILITARY HISTORY



Photograph of Mr. Sidal Torres in 1963 while enlisted in the United States Marine Corp

EXHIBIT

LEGEND: Insert N/A to the items below which are not applicable

**PERSONAL DATA**

| 1. LAST NAME - FIRST NAME - MIDDLE NAME | 2. SERVICE NUMBER | 3a. GRADE, RATE OR RANK | b. DATE OF RANK (Day, Month, Year) |
|---|---|---|---|
| TORRES Sidal | 1586937 | PFC | 1 May 57 |

| 4. DEPARTMENT, COMPONENT AND BRANCH OR CLASS | 5. PLACE OF BIRTH (City and State or Country) | 6. DATE OF BIRTH | | |
|---|---|---|---|---|
| USMCR | San Antonio, Texas | DAY 26 | MONTH March | YEAR 1939 |

| 7a. RACE | b. SEX | c. COLOR HAIR | d. COLOR EYES | e. HEIGHT | f. WEIGHT | 8. U.S. CITIZEN | 9. MARITAL STATUS |
|---|---|---|---|---|---|---|---|
| Caucasian | M | Black | Brown | 67 | 130 | ☒ YES ☐ NO | Single |

| 10a. HIGHEST CIVILIAN EDUCATION LEVEL ATTAINED | b. MAJOR COURSE OR FIELD |
|---|---|
| High School-2 | Academic |

**TRANSFER OR DISCHARGE DATA**

| 11a. TYPE OF TRANSFER OR DISCHARGE | b. STATION OR INSTALLATION AT WHICH EFFECTED |
|---|---|
| Discharged | MCAF, Santa Ana, California |

| c. REASON AND AUTHORITY | d. EFFECTIVE DATE | | |
|---|---|---|---|
| 216-Convenience of the Government, Marine Corps Order 1001.3A Paragraph 10271.1e, Marine Corps Manual | DAY 19 | MONTH May | YEAR 1957 |

| 12. LAST DUTY ASSIGNMENT AND MAJOR COMMAND | 13a. CHARACTER OF SERVICE | b. TYPE OF CERTIFICATE ISSUED |
|---|---|---|
| HMR(L)-363 MAG(HR)(L)-36, MCAF, Santa Ana, California | HONORABLE | DD Form 256-MC |

**SELECTIVE SERVICE DATA**

| 14. SELECTIVE SERVICE NUMBER | 15. SELECTIVE SERVICE LOCAL BOARD NUMBER, CITY, COUNTY AND STATE | 16. DATE INDUCTED |
|---|---|---|
| NONE | Not Applicable | Not Applicable |

| 17. DISTRICT OR AREA COMMAND TO WHICH RESERVIST TRANSFERRED |
|---|
| Not Applicable |

| 18. TERMINAL DATE OF RESERVE OBLIGATION | 19. CURRENT ACTIVE SERVICE OTHER THAN BY INDUCTION | | |
|---|---|---|---|
| Not Applicable | a. SOURCE OF ENTRY: ☐ ENLISTED (First Enlistment) ☐ ENLISTED (Prior Service) ☒ REENLISTED ☐ OTHER | b. TERM OF SERVICE (Years): Three (3) | c. DATE OF ENTRY: 30 March 1956 |

| 20. PRIOR REGULAR ENLISTMENTS | 21. GRADE, RATE OR RANK AT TIME OF ENTRY INTO CURRENT ACTIVE SERVICE | 22. PLACE OF ENTRY INTO CURRENT ACTIVE SERVICE (City and State) |
|---|---|---|
| NONE | Pvt | USMC-RS San Antonio, Texas |

**SERVICE DATA**

| 23. HOME OF RECORD AT TIME OF ENTRY INTO ACTIVE SERVICE | 24. STATEMENT OF SERVICE | YEARS | MONTHS | DAYS |
|---|---|---|---|---|
| 144 Weaver Street, San Antonio, Texas | a. CREDITABLE FOR BASIC PAY PURPOSES (1) NET SERVICE THIS PERIOD | 1 | 1 | 19 |
| | (2) OTHER SERVICE | 0 | 0 | 0 |
| | (3) TOTAL (Line (1) + Line (2)) | 1 | 1 | 19 |
| 25a. SPECIALTY NUMBER AND TITLE: 6400 Aircraft Maint&Rep | b. RELATED CIVILIAN OCCUPATION AND D.O.T. NUMBER: 5-80.120 Aircraft Mech | | | |
| | b. TOTAL ACTIVE SERVICE | 1 | 1 | 19 |
| | c. FOREIGN AND/OR SEA SERVICE | 0 | 0 | 0 |

| 26. DECORATIONS, MEDALS, BADGES, COMMENDATIONS, CITATIONS AND CAMPAIGN RIBBONS AWARDED OR AUTHORIZED |
|---|
| NONE |

| 27. WOUNDS RECEIVED AS A RESULT OF ACTION WITH ENEMY FORCES (Place and date, if known) |
|---|
| NONE |

| 28. SERVICE SCHOOLS OR COLLEGES, COLLEGE TRAINING COURSES AND/OR POST-GRADUATE COURSES SUCCESSFULLY COMPLETED | | | 29. OTHER SERVICE TRAINING COURSES SUCCESSFULLY COMPLETED |
|---|---|---|---|
| SCHOOL OR COURSE | DATES (From - To) | MAJOR COURSES | |
| Jax, Fla. AvnFundScol "P" | 24Aug-19Oct56 | Not Applicable | NONE |

**VA DATA**

| 30a. GOVERNMENT LIFE INSURANCE IN FORCE | b. AMOUNT OF ALLOTMENT | c. MONTH ALLOTMENT DISCONTINUED |
|---|---|---|
| ☐ YES ☒ NO | Not Applicable | Not Applicable |

| 31a. VA BENEFITS PREVIOUSLY APPLIED FOR (Specify type) | b. VA CLAIM NUMBER |
|---|---|
| NONE | NONE |

**AUTHENTICATION**

32. REMARKS

Reenlisted in U. S. Marine Corps

No MOP paid.
Reenlistment bonus $514.80 paid.

Deputy of Rev WOODS, A6796

| 33. PERMANENT ADDRESS FOR MAILING PURPOSES AFTER TRANSFER OR DISCHARGE (Street, RFD, City, County and State) | 34. SIGNATURE OF PERSON BEING TRANSFERRED OR DISCHARGED |
|---|---|
| 144 Weaver St. San Antonio, Texas | Sidal Torres |

| 35a. TYPED NAME, GRADE AND TITLE OF AUTHORIZING OFFICER | b. SIGNATURE OF OFFICER AUTHORIZED TO SIGN |
|---|---|
| | |

DD FORM 214  
NOV 55  
REPLACES EDITION OF 1 JUL 52 WHICH IS OBSOLETE  
ARMED FORCES OF THE UNITED STATES REPORT OF TRANSFER OR DISCHARGE  
SR/OQR OR HQMC - 2

EXHIBIT 2

  

# UNITED STATES MARINE CORPS
## ENLISTMENT CONTRACT AND RECORD

NAVMC 118 (2)-PD (REV. 4-51)

| 1. LAST NAME—FIRST NAME—MIDDLE NAME | 2. RACE | 3. SERVICE NO. | 4. COMPONENT |
|---|---|---|---|
| TORRES, Sidal | Caucasian | 1586937 | USMC |

| 5. DATE OF BIRTH | | | 6. PLACE OF BIRTH (City) | (State or country) | 7. RELIGION | 8. CITIZENSHIP | 9. SEX |
|---|---|---|---|---|---|---|---|
| DAY | MONTH | YEAR | | | | | |
| 26 | March | 1939 | San Antonio | Texas | Catholic | U.S. | Male |

### 10. HOME OF RECORD AT TIME OF ENLISTMENT

| STREET AND NUMBER OR R.F.D. NUMBER | CITY OR TOWN | COUNTY OR PARISH | STATE OR COUNTRY |
|---|---|---|---|
| 144 Weaver Street | San Antonio | Bexar | Texas |

| 11. PLACE AT WHICH ENLISTED (City and State) | 12. EFFECTIVE DATE OF ENLISTMENT | | | 13. CONTRACT LIMITATION (if any) |
|---|---|---|---|---|
| | DAY | MONTH | YEAR | |
| HMR(L)-363, MCAF, Santa Ana, California | 20 | May | 1957 | NONE |

### ENTRIES AS TO PREVIOUS SERVICE

| 14. DATE ENLISTED | 15. DATE DISCHARGED | 16. REASON | 17. TIME LOST | | 18. BRANCH OF SERVICE | 19. SERVICE NO. | 20. TYPE OF DISCHARGE |
|---|---|---|---|---|---|---|---|
| | | | DAYS | CAUSE | | | |
| 30Mar56 | 19May57 | C of G | 0 | | USMCR | 1586937 | Honorable |

21. RANK TO WHICH APPOINTED OR REAPPOINTED: PFC

22. Retained: HMR(L)-363, MAG(HR)(L)-36, 3dMAW, MCAF, Santa Ana, California

23. I certify that I have carefully examined the above named applicant and find that in my opinion he is physically and mentally qualified for enlistment under existing regulations. _____, Examining Surgeon.

24. For and in consideration of the pay or wages due in the grades which may from time to time be assigned me during the continuance of my service, I do hereby acknowledge to have voluntarily enlisted as a private in the United States Marine Corps (Reserve), and I agree to and with __W. P. MITCHELL__ of the United States Marine Corps (Reserve) as follows:
(Name of recruiting officer)

25. To enter the service of the United States Marine Corps and to report to such post or station of the Marine Corps as I may be ordered to join, and to the utmost of my power and ability discharge my several services or duties and be in everything conformable and obedient to the several requirements and lawful commands of the officers who may be placed over me.

26. I oblige and subject myself to serve unless sooner discharged by proper authority

| WORD | FIGURE | (Word and figure to be in applicant's handwriting.) |
|---|---|---|
| Six YEARS | 6 YEARS | |

27. In the event of war or national emergency declared by the President to exist during my term of service, I oblige and subject myself to serve until 6 months after the end of that war or national emergency if so required by the Secretary of the Navy unless I voluntarily reenlist or extend my enlistment.

28. I am of legal age to enlist; I have never been found guilty of a crime except as stated by me to the recruiting officer; I have never deserted from any of the Armed Forces of the United States, and have never been discharged therefrom for any reason other than recorded herein.

29. I understand that upon enlistment in the Marine Corps Reserve, or upon transfer or assignment thereto, I may not be ordered to active duty without my consent except in time of war, or when in the opinion of the President a national emergency exists, or when otherwise prescribed by law, and that I may be required to perform active duty during such periods.

30. I HAVE HAD THIS CONTRACT FULLY EXPLAINED TO ME. I UNDERSTAND IT, AND CERTIFY THAT NO PROMISE OF ANY KIND HAS BEEN MADE TO ME CONCERNING ASSIGNMENT TO DUTY, OR PROMOTION DURING MY ENLISTMENT.

31. Oath of Enlistment: I do solemnly swear (or affirm) that I will bear true faith and allegiance to the United States of America; that I will serve them honestly and faithfully against all their enemies whomsoever; and that I will obey the orders of the President of the United States and the orders of the officers appointed over me, according to regulations and the Uniform Code of Military Justice. And I do further swear (or affirm) that all statements made by me, as now given in this record, are correct.

SIGNATURE __Sidal__ _____ __Torres__
(First name)   (Middle name)   (Last name)

Subscribed and sworn to before me this __20th__ day of __May__, A.D. __1957__

SIGNATURE AND RANK OF RECRUITING OFFICER __William P. Mitchell__ LtCol USMC CO

U. S. GOVERNMENT PRINTING OFFICE   16—64393-1

2

EXHIBIT 3