LEGEND: Insert N/A to the items below which are not applicable

| | | | |
|---|---|---|---|
| 1. LAST NAME - FIRST NAME - MIDDLE NAME<br>TORRES, Sidal | 2. SERVICE NUMBER<br>1586937 | 3a. GRADE, RATE OR RANK<br>Cpl (E-4) | b. DATE OF RANK (Day, Month, Year)<br>1 Dec 1959 |
| 4. DEPARTMENT, COMPONENT AND BRANCH OR CLASS<br>U. S. Marine Corps | 5. PLACE OF BIRTH (City and State or Country)<br>San Antonio, Texas | | 6. DATE OF BIRTH<br>DAY 26  MONTH Mar  YEAR 39 |

PERSONAL DATA

| 7a. RACE | b. SEX | c. COLOR HAIR | d. COLOR EYES | e. HEIGHT | f. WEIGHT | 8. U.S. CITIZEN | 9. MARITAL STATUS |
|---|---|---|---|---|---|---|---|
| Caucasian | Male | Black | Brown | 67" | 130 | ☒Yes ☐No | Married |

| 10a. HIGHEST CIVILIAN EDUCATION LEVEL ATTAINED | b. MAJOR COURSE OR FIELD |
|---|---|
| High School-2 | Academic |

TRANSFER OR DISCHARGE DATA

| 11a. TYPE OF TRANSFER OR DISCHARGE | b. STATION OR INSTALLATION AT WHICH EFFECTED | | |
|---|---|---|---|
| DISCHARGED | MCAF, New River, Jacksonville, N. C. | | |
| c. REASON AND AUTHORITY<br>202 Expiration of Enlistment<br>Paragraph 13258 Marine Corps Personnel Manual | d. EFFECTIVE DATE<br>DAY 19 | MONTH May | YEAR 63 |
| 12. LAST DUTY ASSIGNMENT AND MAJOR COMMAND<br>SU#1, H&MS-26, MAG-26, MCAF, New River, Jax., N. C. | 13a. CHARACTER OF SERVICE<br>HONORABLE | | b. TYPE OF CERTIFICATE ISSUED<br>DD 256 MC<br>DD 217 MC |

SELECTIVE SERVICE DATA

| 14. SELECTIVE SERVICE NUMBER | 15. SELECTIVE SERVICE LOCAL BOARD NUMBER, CITY, COUNTY AND STATE | 16. DATE INDUCTED |
|---|---|---|
| N/A | N/A | DAY MONTH YEAR  N/A |

| 17. DISTRICT OR AREA COMMAND TO WHICH RESERVIST TRANSFERRED |
|---|
| N/A |

| 18. TERMINAL DATE OF RESERVE OBLIGATION | 19. CURRENT ACTIVE SERVICE OTHER THAN BY INDUCTION<br>a. SOURCE OF ENTRY | b. TERM OF SERVICE (Years) | c. DATE OF ENTRY |
|---|---|---|---|
| DAY MONTH YEAR<br>N/A | ☐ENLISTED (First Enlistment) ☒ENLISTED (Prior Service) ☐REENLISTED<br>☐OTHER: | 6 | DAY 20  MONTH May  YEAR 57 |
| 20. PRIOR REGULAR ENLISTMENTS<br>None | 21. GRADE, RATE OR RANK AT TIME OF ENTRY INTO CURRENT ACTIVE SERVICE<br>PFC (E-2) | 22. PLACE OF ENTRY INTO CURRENT ACTIVE SERVICE (City and State)<br>Santa Ana, California | |

SERVICE DATA

| 23. HOME OF RECORD AT TIME OF ENTRY INTO ACTIVE SERVICE (Street, RFD, City, County and State)<br>144 Weaver Street, San Antonio, Bexar, Texas | 24. STATEMENT OF SERVICE | YEARS | MONTHS | DAYS |
|---|---|---|---|---|
| | a. CREDITABLE FOR BASIC PAY PURPOSES (1) NET SERVICE THIS PERIOD | 06 | 00 | 00 |
| | (2) OTHER SERVICE | 01 | 01 | 20 |
| 25a. SPECIALTY NUMBER AND TITLE<br>6481-Helicopter Mechanic | b. RELATED CIVILIAN OCCUPATION AND D.O.T. NUMBER<br>5-80-120<br>Aircraft Mechanic (Air trans) | (3) TOTAL (Line (1) + line (2)) | 07 | 01 | 20 |
| | b. TOTAL ACTIVE SERVICE | 07 | 01 | 20 |
| | c. FOREIGN AND/OR SEA SERVICE | 02 | 04 | 24 |

| 26. DECORATIONS, MEDALS, BADGES, COMMENDATIONS, CITATIONS AND CAMPAIGN RIBBONS AWARDED OR AUTHORIZED |
|---|
| Rifle Marksmanship Badges<br>Good Conduct Medal 1st and 2nd Awards |

| 27. WOUNDS RECEIVED AS A RESULT OF ACTION WITH ENEMY FORCES (Place and date, if known) |
|---|
| None |

| 28. SERVICE SCHOOLS OR COLLEGES, COLLEGE TRAINING COURSES AND/OR POST-GRADUATE COURSES SUCCESSFULLY COMPLETED | | | 29. OTHER SERVICE TRAINING COURSES SUCCESSFULLY COMPLETED |
|---|---|---|---|
| SCHOOL OR COURSE | DATES (From - To) | MAJOR COURSES | |
| Santa Ana, California | 3 weeks-1957 | NAMOTRAINER #1093 | 26Apr60 Satisfactory completed USAFI H. S. level GED |

VA DATA

| 30a. GOVERNMENT LIFE INSURANCE IN FORCE | b. AMOUNT OF ALLOTMENT | c. MONTH ALLOTMENT DISCONTINUED |
|---|---|---|
| ☐YES ☒NO | N/A | N/A |
| 31a. VA BENEFITS PREVIOUSLY APPLIED FOR (Specify type)<br>N/A | | b. VA CLAIM NUMBER<br>c. N/A |

AUTHENTICATION

| 32. REMARKS |
|---|
| Recommended for reenlistment<br>No time lost current active duty<br>Lump-sum leave settlement paid for twenty-seven (27) days<br>Excess Leave (inclusive dates)<br>   From: 29 December 1958 - To: 13 January 1959<br>Good Conduct Medal Period Commences ~~20 May 1960~~ 30Mar62<br>Social Security Account Number is 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 |

| 33. PERMANENT ADDRESS FOR MAILING PURPOSES AFTER TRANSFER OR DISCHARGE (Street, RFD, City, County and State)<br>11414 Potter Street, Norwalk, California (Los Angeles County) | 34. SIGNATURE OF PERSON BEING TRANSFERRED OR DISCHARGED<br>S/ Sidal Torres |
|---|---|
| 35a. TYPED NAME, GRADE AND TITLE OF AUTHORIZING OFFICER<br>E. H. HEINS, Capt. USMC, Admin Officer | b. SIGNATURE OF OFFICER AUTHORIZED TO SIGN<br>E.H. Heins |

DD FORM 214, 1 NOV 55    REPLACES EDITION OF 1 JUL 52 WHICH IS OBSOLETE    ARMED FORCES OF THE UNITED STATES REPORT OF TRANSFER OR DISCHARGE    SR/OQR OR HQMC-2

EXHIBIT 4

# FAMILY PHOTOGRAPHS



Photograph of Mr. Torres and his wife, Debra, on their wedding day, May 6, 1972

EXHIBIT 5



Photograph of Mr. Torres' oldest son, Sidal Torres, Jr., while enlisted in the United States Marine Corp.

EXHIBIT 6