

Photograph of Mr. Torres' 2nd son, Jesse Torres while enlisted in the United States Air Force

EXHIBIT 7



Photograph of Mr. Torres' youngest son, Robert James Torres



Photograph of Mr. Torres, his son Jesse, and his wife, Debra, at Jesse Torres Air For Bootcamp Graduation

EXHIBIT 9