

Photograph of Jesse Torres with his wife, Heather, and two daughters, Ana Louise and Kacey Lynn in 2004

EXHIBIT 10



**Photograph of Debra Torres with her grandchildren. Pictured from left to right: Joshua Torres, Kacey Lynn Torres and Anthony Torres**



From left to right: Photograph of Robert Torres, Mr. Sidal Torres, Kacey Lynn Torres, Jesse Torres (bottom center), Joshua Torres, Debra Torres and Sidal Torres, Jr.

EXHIBIT 12