# MINUTES

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

HON. MARK E. FULLER, PRESIDING          AT MONTGOMERY, AL

DATE COMMENCED:   3/14/07          AT:   12:00 p.m.
DATE COMPLETED:   3/14/07          AT:   12:15 p.m.

UNITED STATES OF AMERICA          §
vs.                               §     CR. NO. 1:05CR288-MEF
                                  §
SIDAL TORRES                      §

| GOVERNMENT | APPEARANCES: | DEFENDANT |
|---|---|---|
| Chris A. Snyder | | Christine A. Freeman |

COURT OFFICIALS PRESENT:

Josh Shapiro, Law Clerk                    Doug Mathis, USPO
Kelli Gregg, Courtroom Clerk               Scott Wright, USPO
Risa Entrekin, Court Reporter

COURTROOM PROCEEDINGS:

( X ) **Sentencing**

12:00 p.m. -   Court convenes.
Court states that there are no objections to the pre-sentence report.
Government states the terms of the plea agreement to the Court.
Court will follow the terms of the plea agreement between the parties and will sentence defendant accordingly pursuant to the plea agreement.
Court sentences defendant and advises him of his right to an appeal.
Government Motions the Court to Dismiss Counts 2 and 3 of the Indictment.
Court will GRANT government's Motion to Dismiss Counts 2 and 3 of the Indictment.

12:15 p.m. -   Court is in recess.